IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHAUN PREJEAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:21-CV-00449 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| JIMMY HOPKINS, JR.; JIMMY WAYNE HOPKINS, JR. D/B/A JIMMY HOPKINS TRUCKING; AND AMKO AUTOMOVERS, INC. | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE
## AS TO DEFENDANT AMKO AUTOMOVERS, INC.

Before the Court is the Plaintiff's Stipulation of Dismissal of AMKO Automovers, Inc. [Dkt. 15]. The Plaintiff seeks a dismissal with prejudice as to Defendant AMKO Automovers, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Plaintiff's dismissal as to Defendant AMKO Automovers, Inc. is not yet in effect, the above-styled action as to this Defendant is hereby dismissed with prejudice.

It is therefore ORDERED that the case as to Defendant AMKO Automovers, Inc. is hereby DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs as to this Defendant.

**SIGNED this 11th day of March, 2022.**

_____
Michael J. Truncale
United States District Judge