IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| SHAUN PREJEAN § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> JIMMY HOPKINS, JR.; JIMMY WAYNE § <br> HOPKINS, JR. D/B/A JIMMY HOPKINS § <br> TRUCKING; AND AMKO § <br> AUTOMOVERS, INC. § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:21-CV-00449 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE
## AS TO REMAINING DEFENDANTS

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 22]. Plaintiff is seeking a dismissal with prejudice as to Defendants Jimmy Hopkins, Jr. and Jimmy Wayne Hopkins, Jr. d/b/a Jimmy Hopkins Trucking pursuant to Federal Rule of Civil Procedure 41(a)(2). To the extent that the Parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore **ORDERED** that the case as to all remaining Defendants is hereby **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby vacated, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 12th day of September, 2022.**

Michael J. Truncale
United States District Judge